Case 4:21-cv-00704   Document 17   Filed on 05/23/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT E. CARTER, *Plaintiff* | § § § |
| V. | § CIVIL ACTION NO. 4:21-CV-0704 |
| U.S. BANK, N.A., ET AL., *Defendants.* | § § § § |

## MEMORANDUM AND RECOMMENDATON

Plaintiff filed his Complaint alleging violations of the Fair Debt Collection Practices Act and the Texas Debt Collection Act over a year ago, on March 4, 2021. The Court granted Plaintiff's motion to dismiss his claims against U.S.Bank, N.A. and U.S. Bankcorp, Inc. with prejudice. ECF 11. On December 2, 2021, the Court denied Plaintiff's motion for default judgment against all remaining Defendants and ordered Plaintiff to serve Defendants or obtain waivers of service within thirty days. ECF 14. Because Plaintiff did not comply with the December 2, 2021 Order, the Court Ordered Plaintiff to show cause on or before April 27, 2022 why the Court should not dismiss this case without prejudice due to Plaintiff's failure to timely serve Defendants in accordance with Federal Rule of Civil Procedure 4.[1] Plaintiff did not respond to the Show Cause Order. The Court therefore RECOMMENDS that this case be DISMISSED WITHOUT PREJUDICE for lack of timely service.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(c). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on

---

[1] The District Judge referred this case to this Magistrate Judge for pre-trial management pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act. ECF 15.

appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on May 23, 2022, at Houston, Texas.

                                              Christina A. Bryan
                                      United States Magistrate Judge