United States District Court
Southern District of Texas
**ENTERED**
June 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT E. CARTER, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-00704 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| ANH REGENT, *et al*, | § | |
| Defendants. | § | |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated May 23, 2022. Dkt 17. No party filed objections.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 17.

The claims by Plaintiff Robert E. Carter against Anh Regent, Kelly Albert, and Lyndee Le are DISMISSED WITHOUT PREJUDICE due to lack of timely service. See Dkt 16.

All Defendants have been dismissed from this action. A final judgment will thus issue separately.

SO ORDERED.

Signed on June 30, 2022, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge